IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00933-REB-CBS

LIZA FITZPATRICK

    Plaintiff,

v.

NORRIS DESIGN, INC.

    Defendant.
_____

### ORDER TO AMEND CAPTION
_____

THIS MATTER coming to be heard upon Defendant's Unopposed Motion to Amend the Caption (filed October 13, 2005; *doc. no.* 31), and the Court being fully advised, hereby **GRANTS** said Motion and **ORDERS** that hereinafter the caption shall be Liza Fitzpatrick, Plaintiff v. Norris Design, Inc., Defendant.

DATED at Denver, Colorado, this ____ day of October, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge