## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 05-cv-00933-REB-CBS

LIZA FITZPATRICK,

    Plaintiff,

v.

NORRIS DESIGN, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On March 10, 2006, the parties filed a **Joint Motion to Dismiss With Prejudice** [#45]. After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion to Dismiss With Prejudice** [#45], filed on March 10, 2006, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for May 26, 2006, is **VACATED**; and

4.  That the jury trial set to commence June 12, 2006, is **VACATED**.

Dated March 10, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**